# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

ELMORE GEORGE, III,               )
                                  )
    Petitioner,             )
v.                                )   Civil Action No. 3:18CV368–HEH
                                  )
J. RAY ORMOND,                    )
                                  )
    Respondent.             )

## MEMORANDUM OPINION
### (Dismissing Action Without Prejudice)

By Memorandum Order entered on June 8, 2018, the Court conditionally docketed Petitioner's action. At that time, the Court warned Petitioner that he must keep the Court informed as to his current address if he was relocated or released. On April 4, 2019, the Court directed service on the Government. On April 22, 2019, the United States Postal Service returned the April 4, 2019 Memorandum Order to the Court marked, "RETURN TO SENDER," "REFUSED," and "UNABLE TO FORWARD." Since that date, Petitioner has not contacted the Court to provide a current address. Petitioner's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                                                       /s/
                                     HENRY E. HUDSON
Date: April 30, 2019           SENIOR UNITED STATES DISTRICT JUDGE
Richmond, Virginia